UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM M. FRIED, DERIVATIVELY ON BEHALF OF REALOGY HOLDINGS CORP, <br><br> *Plaintiff*, <br><br> v. <br><br> FIONA P. DIAS, MATTHEW J. ESPE, V. ANN HAILEY, BRYSON R. KOEHLER, DUNCAN L. NIEDERAUER, RYAN M. SCHNEIDER, ENRIQUE SILVA, RICHARD A. SMITH, SHERRY M. SMITH, CHRISTOPHER S. TERRILL, MICHAEL J. WILLIAMS, RAUL ALVAREZ TIMOTHY B. GUSTAVSON, and ANTHONY E. HULL, <br><br> *Defendants*, <br> -and- <br><br> REALOGY HOLDINGS CORP., <br><br> *Nominal Defendant*. | Civil Action No. 19-cv-19253 |

**STIPULATION AND [PROPOSED] ORDER OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

WHEREAS, on October 23, 2019, Plaintiff Adam M. Fried ("Plaintiff") filed a shareholder derivative action purportedly on behalf of Nominal Defendant Realogy Holdings Corp. ("Realogy" or the "Company") (the "Derivative Action") in this Court alleging Defendants Fiona P. Dias, Matthew J. Espe, V. Ann Hailey, Bryson R. Koehler, Duncan L. Niederauer, Ryan M. Schneider, Enrique Silva, Richard A. Smith, Sherry M. Smith, Christopher S. Terrill, Michael J. Williams, Raul Alvarez, Timothy B. Gustavson and Anthony E. Hull (collectively, the "Individual Defendants," and together with Realogy, the "Defendants") breached their fiduciary duties as directors and/or officers of Realogy, unjust enrichment, waste of corporate assets, and violations of Sections 14(a) of the Securities Exchange Act of 1934;

1

WHEREAS, the substantive allegations of this Derivative Action were premised upon the allegations in a prior-filed, related securities putative class action pending in this District, *Tanaskovic v. Realogy Holdings Corp., et al.,* 19-15053 (SRC) (the "Related Securities Action");

WHEREAS, by Stipulation and Order dated December 23, 2019 (ECF 4), this Derivative Action was stayed pending resolution of a motion to dismiss the Related Securities Action;

WHEREAS, by Order dated January 21, 2021, the motion to dismiss the Related Securities Action was granted, and that action was dismissed in its entirety with prejudice and without leave to replead;

WHEREAS, in light of this Court's January 21, 2021 Order, Plaintiff recognizes that this Derivative Action is now unmeritorious and wishes to voluntarily dismiss the action with prejudice;

WHEREAS, Defendants consent to the voluntary dismissal of this Derivative Action, and have not promised or given anything of value to Plaintiff or Plaintiff's counsel in connection with this action or in exchange for this voluntary dismissal;

WHEREAS, the parties respectfully suggest that notice to Realogy shareholders is unnecessary pursuant to Federal Rule of Civil Procedure 23.1(c), for a variety of independent reasons, including that:

a) dismissal of the Related Securities Action means that there is no longer a basis to prosecute the claims in this action, warranting dismissal, *Laurenzano v. Texaco, Inc.*, 1971 WL 243, at *1 (S.D.N.Y. Feb. 16, 1971);

b) Plaintiff herein recognizes in light of the foregoing that dismissal with prejudice at this time is in the best interests of Realogy and its shareholders, *Ball v. Field*, No. 90 C 4383, 1992 WL 57187, at *11 (N.D. Ill. Mar. 19, 1992); and

c) the claims in this Derivative Action have been rendered moot, given the prior dismissal with prejudice of all claims in the Related Securities Action, *Abbey v.*

NY1A 1289718

*Control Data Corp.*, 603 F.2d 724, 728 (8th Cir. 1979) (holding notice not required where derivative claims were rendered moot after ruling in related case); *Weiss v. SCM Corp.*, No. 85 CIV. 7569 (JFK), 1986 WL 7782 (S.D.N.Y. July 9, 1986).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties by their undersigned counsel, subject to approval of the Court, that this action be and hereby is voluntarily dismissed with prejudice, each side to bear its own costs and expenses.

WHEREFORE, the Parties respectfully request, pursuant to Federal Rule of Civil Procedure 23.1(c), that the Court approve this stipulation and enter the foregoing as an order of this Court.

Dated: March 25, 2021
      New York, New York

Respectfully submitted,

/s/ Gregory M. Nespole
Gregory Mark Nespole
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
gnespole@zlk.com

*Counsel for Plaintiff*

Susan L. Saltzstein (*pro hac vice pending*)
James W. Brown
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-2352
james.brown@skadden.com

*Counsel for Defendants*

**SO ORDERED**:

Dated: _____, 2021

_____
THE HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

NY1A 1289718